### 3119. RANDOLPH *v.* THE STATE.

RUSSELL, J.  1. For the most part the case is controlled by *Simmons* v. *State*, ante, 552 (71 S. E. 876).

2. The exception as to the charge of the court on the subject of alibi is without merit.        *Judgment affirmed.*

DECIDED JULY 25, 1911.

Accusation of sale of liquor; from city court of Sandersville—Judge Jordan.  November 18, 1911.

*W. M. Goodwin,* for plaintiff in error.

*J. E. Hyman, solicitor,* contra.